MEM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

GERMAN ANTONIO GALO-MOLINA,
   also known as
   "German Molina," and "German Galo-Molina,"

                Defendant.

- - - - - - - - - - - - - - X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 09 2023 ★

LONG ISLAND OFFICE

COMPLAINT

(8 U.S.C. §§ 1326(a) and 1326(b)(1))

MJ 23-0721-SIL

EASTERN DISTRICT OF NEW YORK, SS:

    DENNIS CARROLL, being duly sworn, deposes and states that he is a Deportation Officer with the Department of Homeland Security, United States Immigration and Customs Enforcement ("ICE"), duly appointed according to law and acting as such.

    On or about August 9, 2023, within the Eastern District of New York, the defendant GERMAN ANTONIO GALO-MOLINA, also known as "German Molina," and "German Galo-Molina," an alien who had previously been deported and removed from the United States after a conviction for the commission of a felony, was found in the United States, without the Attorney General of the United States and the Secretary of the United States Department of Homeland Security having expressly consented to such alien's applying for admission.

    (Title 8, United States Code, Sections 1326(a) and 1326(b)(1))

    The source of your deponent's information and the grounds for his belief are as follows:[1]

---

    [1]    Because the purpose of this Complaint is to set forth only those facts necessary

1. I am a Deportation Officer with ICE and have been involved in the investigation of numerous cases involving the illegal reentry of aliens. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the ICE investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

2. In July 2023, ICE learned that the defendant GERMAN ANTONIO GALO-MOLINA, a citizen of Honduras, who had previously been removed from the United States on or about October 21, 2006, January 13, 2009 and November 15, 2013, had returned to the United States and was living in Brentwood, New York. On August 9, 2023, the defendant was located and apprehended by ICE officials in Levittown, New York.

3. ICE officials also determined that, on or about June 13, 2013, the defendant GERMAN ANTONIO GALO-MOLINA was convicted in Nassau County, New York of Aggravated Unlicensed Operation of a Motor Vehicle in the Second Degree, in violation of New York State Vehicle and Traffic Law Section 511-2, a felony offense, for which he was sentenced to nine month's custody and was removed from the United States.

4. The defendant GERMAN ANTONIO GALO-MOLINA s fingerprints were taken from his August 9, 2023 apprehension and were submitted into the Integrated Automated Fingerprint Identification System, and those fingerprints matched the fingerprints taken in connection with the defendant's October 21, 2006, January 13, 2009 and November 15, 2013 removal proceedings, and June 13, 2013 conviction.

---

to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

5. A records check indicates that prior to August 9, 2023, the defendant GERMAN ANTONIO GALO-MOLINA did not request or receive permission to reenter the United States from the Attorney General or Secretary of the Department of Homeland Security.

WHEREFORE, your deponent respectfully requests that the defendant GERMAN ANTONIO GALO-MOLINA, also known as "German Molina," and "German Galo-Molina," be dealt with according to law.

_____
DENNIS CARROLL
Deportation Officer
United States Immigration and Customs Enforcement

Sworn to before me this
9th day of August, 2023

/s/: Steven I. Locke
_____
THE HONORABLE STEVEN I. LOCKE
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK